IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE COBIA-KNIGHT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL, | : | No. 20-233 |
| Defendant. | : | |

**ORDER AND JUDGMENT**

AND NOW, on June 12, 2020, upon consideration of Plaintiff Nicole Cobia-Knight's Brief in Support of her Request for Review, the Commissioner's Response, and Plaintiff's Reply, it is ORDERED:

1. Plaintiff's Request for Review (doc. 11) is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ *Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE